**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
CA Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HOFFMAN, individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiff*,<br><br>vs.<br><br>JELLY BELLY CANDY COMPANY, INC.,<br><br>　　　*Defendant*. | Case No. 2:19-cv-01935-JAM-DB<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Howard Hoffman and Defendant Jelly Belly Candy Company, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action as follows:

　　1.　　All claims of the Plaintiff, Howard Hoffman, individually, are hereby dismissed with prejudice.

　　2.　　All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

DATED: March 4, 2021

1
**JOINT STIPULATION OF DISMISSAL**

Respectfully submitted,

| | |
|---|---|
| By: */s/ Scott Edelsberg*<br>**EDELSBERG LAW, P.A.**<br>Scott Edelsberg, Esq.<br>CA Bar No. 330990<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>Telephone: 305-975-3320<br>scott@edelsberglaw.com<br><br>*Attorneys for Plaintiff Howard Hoffman and the Proposed Class* | By: */s/ Anthony Anscombe*<br>**STEPTOE & JOHNSON LLP**<br>ANTHONY ANSCOMBE<br>State Bar No. 135883<br>aanscombe@steptoe.com<br>CODY DECAMP<br>State Bar No. 311327<br>cdecamp@steptoe.com<br>One Market Plaza,<br>Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Telephone: 415.365.6700<br>Facsimile: 415.365.6699<br><br>*Attorneys for Defendant Jelly Belly Candy Company, Inc.* |

**JOINT STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, the foregoing document was filed with the Clerk of the Courts using CM/ECF, which shall serve copies of same on all parties and/or counsel of record via Notice of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Scott Edelsberg*
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
CA Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiff Howard Hoffman and the Proposed Class*

3

**JOINT STIPULATION OF DISMISSAL**